# WAIVER OF SERVICE OF SUMMONS

TO: <u>Adam C. Virant</u>

    I acknowledge receipt of your request that I waive service of a summons in the action of <u>Geraline Jones and Tscharner Kemble v. Dutchess Dialysis Center,</u> which is case number **08-cv-4534** in the **United States District Court for the Southern District of New York.** I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with the judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **May 19, 2008**, or within 90 after that date if the request was sent outside the United States.

Date: *May 30, 2008*

Signature *Eve I. Klein*
Printed Name
{as_____}
{of_____}

*Duane Morris LLP
Counsel for
Dutchess Dialysis Center*