IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALINE JONES and TSCHARNER KEMBLE<br><br>Plaintiffs,<br><br>v.<br><br>DUTCHESS DIALYSIS CENTER<br><br>Defendant. | CIVIL ACTION<br>CASE NO.: 08-4534 |

### VOLUNTARY NOTICE OF DISMISSAL

Plaintiffs, by and through their undersigned counsel, hereby serves this Voluntary Notice of Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1), dismissing the above-captioned matter against Defendant without prejudice.

Respectfully submitted,

KARPF, KARPF & VIRANT, P.C.

_____
Adam C. Virant (AV5429)
140 Broadway, 46th Floor
New York, NY 10005
(212) 929-6030

Date: July 21, 2008