From:KARPF&KARPF 215-639-4970        215 639 4970         07/18/2008 10:04    #244 P.002/003

07/17/2008 18:05 FAX  212 692 1020        DUANE MORRIS LLP.                    ☒003/003

*Brisant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
GERALINE JONES,

    and

TSCHARNER KEMBLE

                  Plaintiffs,

    -against-

DUTCHESS DIALYSIS CENTER

                  Defendant.
------------------------------------------------------x

Case No. 08 CV 4534 (CLB)

STIPULATION *extending time*

    IT IS HEREBY STIPULATED AND AGREED, upon consent, by and between counsel for the respective parties hereto, that Defendant's time to Answer and/or otherwise move against the Complaint shall be adjourned from July 18, 2008 to August 4, 2008.

Dated: New York, New York
        July 17, 2008

DUANE MORRIS LLP

By: _____
    Eve I. Klein (EK-6747)
    Joanna R. Varon (JV-6484)

1540 Broadway
New York, New York 10036
Tel: (212) 692-1000

Attorneys for Defendant

KARPF, KARPF & VIRANT, P.C.

By: _____
    Adam C. Virant

140 Broadway, 46th Floor
New York, NY 10005
Tel: (212) 929-6030

Attorneys for Plaintiffs

SO ORDERED:

_____
U.S.D.J.

DATED: 7/28/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____